UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KANSAS

| | |
|---|---|
| WILLNETTA MILLER,<br><br>        Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>        Defendants. | Case No: 2:19-cv-02117-JWL-ADM<br><br>*ELECTRONICALLY FILED* |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Willnetta Miller ("Plaintiff"), and Defendant Capital One Bank (USA), N.A.. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees. The Plaintiff and Defendant respectfully request that this Court enter any further order necessary to effectuate the dismissal of this action with prejudice.

JOINTLY SUBMITTED BY:

*/s/ Hilary Velandia (with permission)*
Hilary Velandia, Kansas Bar No. 23499
CONNER & WINTERS
4000 One Williams Center
Tulsa, OK 74172
Telephone: (918) 586-5693
Facsimile: (918) 586-8649 Email:
hvelandia@cwlaw.com
*COUNSEL FOR DEFENDANT*

*/s/ Nicole Forsythe*
Nicole Forsythe, Bar No. 24476
Forsythe Law Office LLC
104 W. 9th Street, #404
Kansas City, Missouri 64105
(816) 730-9120
nicole@forsythelawoffice.com
*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of October 2019, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF System, which will notify all registered parties.

Hilary Velandia, Kansas Bar No. 23499
CONNER & WINTERS
4000 One Williams Center
Tulsa, OK 74172
Telephone: (918) 586-5693
Facsimile: (918) 586-8649 Email:
hvelandia@cwlaw.com
*COUNSEL FOR DEFENDANT*

        */s/ Nicole Forsythe*
        Nicole Forsythe, Bar No. 24476
        Forsythe Law Office LLC
        104 W. 9th Street, #404
        Kansas City, Missouri 64105
        (816) 730-9120
        nicole@forsythelawoffice.com
        Attorney for Plaintiff, WILLNETTA MILLER