# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WILLNETTA MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | No. 19-2117-JWL-ADM |
| CAPITAL ONE BANK (USA), N.A., ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

Pursuant to the Joint Stipulation of Dismissal With Prejudice (Doc. 16) filed by the parties, IT IS ORDERED that plaintiff Willnetta Miller's claims in this action against defendant Capital One Bank (USA), N.A. are dismissed with prejudice, with each party to bear its own costs and fees.

**IT IS SO ORDERED.**

**Dated this 15th day of October, 2019 at Kansas City, Kansas.**

s/ John W. Lungstrum
JOHN W. LUNGSTRUM
UNITED STATES DISTRICT JUDGE